UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AHMED MOUNADDIF,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>ICE FIELD OFFICE DIRECTOR,<br><br>　　　　　　Respondent. | CASE NO. C16-1520-RSM<br><br>ORDER OF DISMISSAL |

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, and no objections having been filed by petitioner, finds and ORDERS:

1. The Court adopts the Report and Recommendation;

2. Respondent's return memorandum and motion for summary judgment (Dkt. 6) is GRANTED;

3. Petitioner's habeas petition is DENIED and this action is DISMISSED with prejudice; and

/ / /

/ / /

ORDER OF DISMISSAL
PAGE - 1

4. The Clerk is directed to send copies of this Order to the parties and to Judge Theiler.

DATED this 8 day of February 2017.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL
PAGE - 2